**FOR PUBLICATION**

```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
              DIVISION OF ST. THOMAS AND ST. JOHN
```

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Magistrate No. 2008-16 |
| v. | ) | |
| | ) | |
| **JEREMIAH LAZARUS ETIENNE,** | ) | |
| | ) | |
| Defendant. | ) | |

**ATTORNEYS:**

**Everard E. Potter, AUSA**
St. Thomas, U.S.V.I.
    *For the plaintiff,*

**Jesse A. Gessin, AFPD**
St. Thomas, U.S.V.I.
    *For the defendant.*

<u>ORDER</u>

**GÓMEZ, C.J.**

Before the Court is the motion of the United States of America (the "Government") to dismiss the above-captioned matter without prejudice. For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the Government's motion to dismiss is **GRANTED;** it is further

**ORDERED** that all pending motions are **DENIED;** it is further

**ORDERED** that the above-captioned matter is **DISMISSED** without prejudice; and it is further

*United States v. Etienne*
Magistrate No. 2008-16
Order
Page 2

  **ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

            S_____
             **Curtis V. Gómez**
              **Chief Judge**